**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**Urbana Division**

| | |
|---|---|
| **DEborah J. FAIRLEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | |
| **MICHAEL J. ASTRUE,** ) | Case No. 07-2203 |
| **COMMISSIONER OF SOCIAL** ) | |
| **SECURITY,** ) | |
| ) | |
| **Defendant.** ) | |

# REPORT AND RECOMMENDATION

In April 2007, Administrative Law Judge (hereinafter "ALJ") John Wood denied supplemental security income benefits to Plaintiff Deborah Fairley. The ALJ based his decision on findings that Plaintiff was not disabled within the meaning of the Social Security Act and she was capable of performing a significant number of jobs available in the national economy.

In November 2007, Plaintiff filed a Complaint for Judicial Review (#4) against Defendant Michael Astrue, the Commissioner of Social Security, seeking judicial review of the final decision by the Regional Commissioner of the Social Security Administration denying benefits. In May 2008, Plaintiff filed a Motion for Summary Judgment or Remand (#12) and in July 2008, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#18). In September 2008, Plaintiff filed a Reply to Defendant's Memorandum in Support of Motion for Summary Affirmance (#20).

After reviewing the administrative record and the parties' memoranda, this Court recommended that Plaintiff's motion for summary judgment (#20) be denied**.** Consistent with the

Court's reasoning in the Report and Recommendation denying Plaintiff's motion, the Court now recommends, pursuant to its authority under 28 U.S.C. § 636(b)(1)(B), that Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#18)** be **GRANTED**.

ENTER this 7th day of November, 2008.

s/ DAVID G. BERNTHAL<br>U.S. MAGISTRATE JUDGE