**E-FILED**
Tuesday, 02 December, 2008  02:50:11 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| **DEBORAH J. FAIRLEY,**  ) | |
| ) | **Case No. 07-CV-2203** |
| **Plaintiff,**  ) | |
| **v.**  ) | |
| ) | |
| **MICHAEL J. ASTRUE, Commissioner**  ) | |
| **of Social Security,**  ) | |
| ) | |
| **Defendant.**  ) | |

## ORDER

On November 7, 2008, Magistrate Judge David G. Bernthal filed two Reports and Recommendations (#21, #22) in the above cause.  On November 21, 2008, Plaintiff, Deborah J. Fairley, filed her Objections to the Reports and Recommendations (#23).  Following this court's careful de novo review of Judge Bernthal's reasoning and Plaintiff's Objections, this court agrees with and accepts Judge Bernthal's Reports and Recommendations (#21, #22).

IT IS THEREFORE ORDERED THAT:

(1) The Reports and Recommendations ([21], [22]) are accepted by this court.

(2) Plaintiff's Motion for Summary Judgment or Remand [12] is DENIED.

(3) Defendant's Motion for an Order Which Affirms the Commissioner's Decision [18] is GRANTED.

(4) This case is terminated.

ENTERED this 2nd day of December, 2008.

s/MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE